WERNER INDUSTRIES, INC. v. FIRST STATE
INSURANCE COMPANY.

July 7, 1987.

Petition for certification granted.  (See 217 *N.J.Super.* 436)

RONALD S. MCCUTCHEON v. HERCULES, INCORPORATED.

July 7, 1987.

Petition for certification denied.

EDYTHE B. TURTZ v. ROBERT E. TURTZ.

July 7, 1987.

Petition for certification denied.

RESEARCH–COTTRELL, INC. v. MEGAWATT ELECTRIC, INC.

July 7, 1987.

Petition for certification denied.